IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(AUSTIN DIVISION)

FILED
February 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

| | |
|---|---|
| DANIEL WHITE, | § |
| Plaintiff, | § |
| v. | § |
| ROMSPEN MORTGAGE LIMITED PARTNERSHIP; ROMSPEN INVESTMENT CORP.; CHRISTOPHER MILAM; ADAM ZARAFSHANI; PANACHE CONSTRUCTION AND DEVELOPMENT, INC., BLAKE CASSIDY; MARK HILSON; SPIROS MALIAGROS; JOEL MICKELSON; WESLEY ROITMAN; SHELDON ESBIN; ARTHUR RESNICK; RICHARD WELDON; PETER OELBAUM; MARY GIANFRIDDO; ARNIE BOSE; VITOR FONSECA; AND PIERRE LEONARD, | § |
| Defendants. | § |

Civil Action No: 1:21-cv-00517

Jury Trial Demanded

## AGREED ORDER

On this day, the Court considered Daniel White's ("White") motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(c)(2) ("Motion"). After considering the Motion, the record before the Court, and the consent of all parties, the Court finds that pursuant to Federal Rule of Civil Procedure 15(c)(2) and Local Rule CV-15, and good cause shown, the Motion should be GRANTED on the terms set forth herein.

ACCORDINGLY:

1. IT IS HEREBY ORDERED THAT the Motion is GRANTED to the extent set forth herein;

      2.      IT IS FURTHER ORDERED THAT Plaintiff shall have twenty-one (21) days from the date of entry of this Order to file a Third Amended Complaint;

      3.      The Romspen Defendants and the Panache Defendants shall have twenty-one (21) days from the date the Amended Complaint is filed to file their respective motions to dismiss;

      4.      Plaintiff shall have twenty one (21) days therefrom to file a response to the motions to dismiss;

      5.      The Romspen Defendants and the Panache Defendants shall have ten (10) days from the date therefrom to file any reply;

      6.      Plaintiff shall be precluded from filing any further amendments to the complaint.

Approved in Form and Substance:

BRUCE J. DUKE, LLC

Signed this 17th day of February, 2022.

                                              ROBERT PITMAN
                                              U.S. DISTRICT JUDGE