IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL WHITE, and DAN WHITE FAMILY TRUST, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-517-RP |
| ROMSPEN MORTGAGE LIMITED PARTNERSHIP; ROMSPEN INVESTMENTS CORPORATION; CHRISTOPHER MILAM; ADAM ZARAFSHANI; PANACHE CONSTRUCTION AND DEVELOPMENT, INC.; WESLEY ROITMAN; and RICHARD WELDON, | § § § § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motions to dismiss. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 17, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE